| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Kevin C. Paule, Esq. #125276—Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>gbenezra@melandbudwick.com<br>kpaule@melandbudwick.com |

Attorneys for Christina Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor.<br><br>Affects:<br>☒ DC Solar Solutions, Inc.<br>☒ DC Solar Distribution, Inc.<br>☐ DC Solar Freedom, Inc.<br>☐ Double Jump, Inc.<br><br>CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, and KING SOLARMAN (INDION) FUND II, LLC,<br><br>    Defendants. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Jointly Administered with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>Adversary No.:  21-05028-gs<br><br>**<u>CERTIFICATE OF SERVICE</u>**<br><br>COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET<br><br>Hearing Date: May 17, 2021<br>Hearing Time: 9:30 A.M. |

1

I, <u>Kevin C. Paule</u>, certify that I am at least 18 years old and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on January 29, 2021 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

> King Solarman, Inc.
> By and through its Registered Agent
> Chiang Lian Cung
> 48949 Milmont Drive
> Fremont, CA 94538

> Chiang Lian Cung a/k/a Michael Cung
> 48949 Milmont Drive
> Fremont, CA 94538

> King Solarman (Indion) Fund I, LLC,
> By and through its Registered Agent
> A Registered Agent, Inc.
> 8 the Green, Suite A
> Dover, DE 19901

> King Solarman (Indoin) Fund II, LLC
> By and through its Registered Agent
> Chianglian Cung
> 2051 Junction Avenue, Suite 232
> San Jose, CA 95131

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

\#
\#
\#
\#
\#
\#
\#
\#
\#
\#

2

☐  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 29, 2021.

      /s/ Kevin C. Paule
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
Kevin C. Paule, Esquire
Florida Bar No. 125276
kpaule@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
Attorneys for Plaintiff