_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 18, 2021

DIEMER & WEI, LLP
Kathryn S. Diemer (*Pro Hac Vice Forthcoming*)
55 S Market Street Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

CHRISTOPHER P. BURKE & ASSOCIATES
Christopher P. Burke (NV Bar No. 4093)
702 Plumas St.
Reno, NV 89509
Telephone: 775-333-9277
Fascimile: 702-385-7986
Email: attycburke@charter.net

*Counsel for King Solarman, Inc.,*
*King Solarman (Indion) Fund I, LLC, and*
*King Solarman (Indion) Fund II, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.

        Debtor.

Affects:
☑ DC Solar Solutions, Inc.
☑ DC Solar Distribution, Inc.
☑ DC Solar Freedom, Inc.
☑ Double Jump, Inc.

CHRISTINA W. LOVATO

        Plaintiff,

v.

Lead Case No.: BK-19-50102-gs

(Chapter 7)

Substantively consolidated with:

| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

Adversary No.: 21-05028-gs

**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES TO ALLOW FOR AMENDMENT OF COMPLAINT**

KING SOLARMAN, INC., CHIANG LIAN
CUNG a/k/a MICHAEL CUNG, KING
SOLARMAN (INDION) FUND I, LLC, and
KING SOLARMAN (INDION) FUND II, LLC

Defendants.

Having considered the parties stipulation, and good cause appearing, **IT IS HEREBY**

**ORDERED:**

1. The Scheduling Conference in this matter is continued to for sixty days, or as soon
   thereafter as the Court deems appropriate.

2. The parties obligation to meet and confer pursuant to Fed. R. Civ. P. 26 and 16 is
   continued accordingly, for sixty days.

3. The parties obligation to submit a scheduling conference statement and joint
   discovery plan is continued accordingly, for sixty days.

4. The parties obligation to exchange initial disclosures is continued accordingly, for
   sixty days.

**IT IS SO ORDERED.**

Submitted by:

__/s/ Kathryn S. Diemer_____

Kathryn S. Diemer
Diemer & Wei, LLP
55 S. Market Street, Suite 1420
San Jose, CA 95113
408-971-6270

Counsel for King Solarman, Inc.,
King Solarman (Indion) Fund I, LLC, and
King Solarman (Indion) Fund II, LLC

2

Approved by:


/s/ Michael Nishiyama
Michael Nishiyama (Pro Hac Vice Forthcoming)
LAW OFFICE OF MICHAEL NISHIYAMA
39510 Paseo Padre Pkwy Ste 300
 Fremont, CA 94538
650-868-7090

Counsel for Chiang Lian Cung


/s/ Kevin Paule
Kevin Paule
MELAND BUDWICK, P.A.
200 S Biscayne Blvd #3200
Miami, FL 33131
305-375-6051

Counsel for Trustee Christina W. Lovato


# # #