| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>gbenezra@melandbudwick.com<br>abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re

DOUBLE JUMP, INC.

    Debtor.

Lead Case No.: BK-19-50102-gs
(Chapter 7)

Substantively consolidated with:

| | |
|---|---|
| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

CHRISTINA W. LOVATO,

    Plaintiff,

v.

KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, and KING SOLARMAN (INDION) FUND II, LLC,

    Defendants.

Adversary No.: 21-05028-gs

**NOTICE OF FILING TRUSTEE'S SECOND SUPPLEMENT TO STATUS REPORT**

    Christina W. Lovato, as chapter 7 trustee for the substantively consolidated estates of DC Solar Solutions, Inc., DC Solar Distribution, Inc., DC Solar Freedom, Inc., and Double Jump, Inc., files this Notice of Filing Trustee's Second Supplement to Status Report, filed in the Main Case at ECF No. 3185.

DATED: March 28, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman, Esq.*
Jeffrey L. Hartman, Esq., Attorney for Plaintiff Christina W. Lovato

**MELAND BUDWICK, P.A.**

*/s/ Alexander E. Brody, Esq.*
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
Attorneys for Plaintiff Christina W. Lovato

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2022, I caused to be served the following document(s):

**NOTICE OF FILING TRUSTEE'S SECOND SUPPLEMENT TO STATUS REPORT**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

ALEXANDER E. BRODY    abrody@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com mrbnefs@yahoo.com
MICHAEL S. BUDWICK    mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
CHRISOPHER PATRICK BURKE attycburke@charter.net
JEFFREY L. HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
PAUL J. JOHNSON pjohnson@diemerwir.com
ALEXANDER J. LEWICKI alewicki@diemerwei.com
CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

✔ b. Via U.S. Mail, postage prepaid, addressed to:

KATHRYN S. DIEMER
55 S MARKET STREET, SUITE 1420
SAN JOSE, CA 95113

MICHAEL B. NISHIYAMA
39510 PASEO PADRE PARKWAY, SUITE 300
FREMONT, CA 94538

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 28, 2022.

                */s/ Alexander E. Brody, Esq.*
                Alexander E. Brody, Esq.