_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 01, 2022

_____

| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>mmurphy@melandbudwick.com<br>gbenezra@melandbudwick.com<br>abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>     Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |

1

|  |  |
|---|---|
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., et al.,<br><br>    Defendants. | Adversary No.: 21-05028-gs<br><br>**ORDER DIRECTING SUBMISSION OF STATUS REPORT AND SETTING STATUS CONFERENCE**<br><br>**Hearing Date: N/A**<br>**Hearing Time:** |

The Court having considered the presentations of counsel for Plaintiff Christina W. Lovato, chapter 7 trustee ("*Plaintiff*"), and Defendants, King Solarman, Inc. and Chiang Lian Cung a/k/a Michael Cung ("*Defendants*," and together with the Plaintiff, the "*Parties*") at the August 11, 2022 Status Conference, and for good cause appearing,

IT IS ORDERED:

1. The Parties are required to meet and confer and then file a joint status report by September 28, 2022; and

2. In the joint status report, the Parties may request a Settlement Conference through the Bankruptcy Court's settlement conference program and either or both the Parties may request a Status Conference, which would take place on October 6, 2022 at 9:30 a.m.

3. If the Trustee files a motion in the consolidated bankruptcy cases or an adversary proceeding that seeks to coordinate discovery among more than one adversary proceeding or establish procedures regarding discovery with more than one other adversary proceeding, the Trustee shall file a copy of that motion in this Adversary Proceeding under a notice of filing.

Respectfully submitted by:

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for Plaintiff


**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Meaghan E. Murphy, Esq., Attorney for Plaintiff

2

**DIEMER & WEI, LLP**

*/s/Kathryn S. Diemer*
Kathryn S. Diemer, Esq., Attorney for Defendants