Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor.<br><br>CHRISTINA W. LOVATO,<br><br>Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., et al.,<br><br>Defendants. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>Adversary No.: 21-05028-gs<br><br>**TRUSTEE'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF TRUSTEE'S OMNIBUS MOTION FOR PARTIAL SUMMARY JUDGMENT SEEKING DETERMINATION OF A PONZI SCHEME**<br><br>**Hearing Date: N/A**<br>**Hearing Time: N/A** |

**TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL:**

Meland Budwick, P.A., attorneys for Christina Lovato, the duly appointed and acting chapter 7 trustee ("***Trustee***"), withdraws without prejudice the Trustee's Omnibus Motion for Partial Summary Judgment Seeking Determination of a Ponzi Scheme [ECF No. 99] ("***Motion***"). At the appropriate juncture of this adversary proceeding, the Trustee intends and expressly reserves

the right to file a motion for partial or full summary judgment related to the matters identified in the Motion as well as any other matter.

DATED: September 13, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
*Attorney for Plaintiff Christina W. Lovato*

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy, Esq.*
Michael S. Budwick, Esq.
Solomon B. Genet, Esq.
Meaghan E. Murphy, Esq.
Gil Ben-Ezra, Esq.
Alexander E. Brody, Esq.
*Attorneys for Plaintiff Christina W. Lovato*

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2022, I caused to be served the above-named document as indicated below:

✔ a. Via ECF to:

    ALEXANDER E. BRODY     abrody@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com mrbnefs@yahoo.com
    MICHAEL S. BUDWICK    mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
    CHRISOPHER PATRICK BURKE attycburke@charter.net
    SOLOMON B. GENET     sgenet@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
    JEFFREY L. HARTMAN     notices@bankruptcyreno.com, abg@bankruptcyreno.com
    PAUL J. JOHNSON pjohnson@diemerwir.com
    ALEXANDER J. LEWICKI alewicki@diemerwei.com
    CHRISTINA W. LOVATO     trusteelovato@att.net, NV26@ecfcbis.com

✔ b. Via Direct Email to:

    Kathryn S. Diemer, Esq.
    kdiemer@diemerwei.com

✔ c. Via U.S. Mail, postage prepaid, addressed to:

    KATHRYN S. DIEMER
    55 S MARKET STREET, SUITE 1420
    SAN JOSE, CA 95113

    MICHAEL B. NISHIYAMA
    39510 PASEO PADRE PARKWAY, SUITE 300
    FREMONT, CA 94538

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 13, 2022.

                          */s/ Meaghan E. Murphy, Esq.*
                          Meaghan E. Murphy, Esq.