Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>      Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with: |

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

| | |
|---|---|
| CHRISTINA W. LOVATO,<br><br>      Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, and KING SOLARMAN (INDION) FUND II, LLC,<br><br>      Defendant(s). | Adversary No.: 21-05028-gs<br><br>**STATUS REPORT PURSUANT TO THIS COURT'S ORDER DIRECTING SUBMISSION OF STATUS REPORT AND SETTING STATUS CONFERENCE [ECF NO. 116]** |

Christina W. Lovato, as chapter 7 trustee and plaintiff ("*Trustee*") in the above-captioned adversary proceeding ("*Adversary*"), together with the above-captioned defendant ("*Defendant*," and with the Trustee, the "*Parties*") provide this status report pursuant to this Court's Order directing submission of status report [ECF No. 116] which followed this Court's status hearing

1

conducted on August 11, 2022.

## I.    Status of Adversary Proceeding

As reflected on the docket, the Trustee has filed an operative complaint, the Defendant has filed an Answer (which includes affirmative defenses), and the Court has entered a Scheduling Order. The Parties have been in direct communication and have begun the process of written discovery. The Parties have also begun communicating about deposition discovery.

As also reflected on the docket, the Trustee filed a motion for partial summary judgment but has voluntarily withdrawn that motion without prejudice.

## II.    Status Conference

The Parties do not believe that a status conference is necessary on October 6, 2022. However, the Parties expect that a status conference approximately 45 days from October 6, 2022 will be productive, and request one at that time subject to the Court's availability.

DATED: September 28, 2022.

**HARTMAN & HARTMAN**

*/s/Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
*Attorney for Plaintiff Christina W. Lovato*

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Muprhy*
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Meaghan E. Murphy, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
*Attorneys for Plaintiff Christina W. Lovato*

**DIEMER & WEI, LLP**

*/s/ Kathryn S. Diemer*
Kathryn S. Diemer, Esq.,
Attorney for Defendant King Solarman, Inc.

**LAW OFFICE OF MICHAEL B. NISHIYAMA**

/s/ *Michael B. Nishiyama*
Michael B. Nishiyama, Esq.,
Attorney for Defendant Michael Cung

## **CERTIFICATE OF SERVICE**

I certify that on September 28, 2022, I caused to be served the following document(s):

**STATUS REPORT PURSUANT TO THIS COURT'S ORDER
DIRECTING SUBMISSION OF STATUS REPORT AND SETTING
STATUS CONFERENCE [ECF NO. 116]**

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:

> ALEXANDER E. BRODY    abrody@melandbudwick.com
> ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
> mrbnefs@yahoo.com
> MICHAEL S. BUDWICK   mbudwick@melandbudwick.com,
> ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
> CHRISPOHER PATRICK BURKE attycburke@charter.net
> SOLOMON B. GENET    sgenet@melandbudwick.com
> ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
> JEFFREY L. HARTMAN    notices@bankruptcyreno.com,
> abg@bankruptcyreno.com
> PAUL J. JOHNSON pjohnson@diemerwir.com
> ALEXANDER J. LEWICKI alewicki@diemerwei.com
> CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

✔ b.  Via Direct Email to:

> Kathryn S. Diemer, Esq.
> kdiemer@diemerwei.com

✔ c.  Via U.S. Mail, postage prepaid, addressed to:

> KATHRYN S. DIEMER          MICHAEL B. NISHIYAMA
> 55 S MARKET STREET         39510 PASEO PADRE PARKWAY,
> SUITE 1420                 SUITE 300
> SAN JOSE, CA 95113         FREMONT, CA 94538

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 13, 2022.

> */s/ Meaghan E. Murphy, Esq.*
> Meaghan E. Murphy, Esq.