_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 12, 2022

_____

| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>mmurphy@melandbudwick.com<br>gbenezra@melandbudwick.com<br>abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>     Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |

1

CHRISTINA W. LOVATO,

    Plaintiff,

v.

KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, and KING SOLARMAN (INDION) FUND II, LLC,

    Defendant(s).

Adversary No.: 21-05028-gs

**ORDER CONTINUING STATUS CONFERENCE**

The Court having considered the jointly filed Status Report Pursuant to this Court's Order Directing Submission of Status Report and Setting Status Conference [ECF No. 116], and for good cause appearing,

ORDERS:

1. The Court will conduct a status conference on December 9, 2022 at 9:30 a.m.

Respectfully submitted by:

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq., Attorney for Plaintiff

**MELAND BUDWICK, P.A.**

/s/ Solomon B. Genet
Solomon B. Genet, Esq., Attorney for Plaintiff

####

**ALTERNATIVE METHOD Re: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirement set forth in LC 9021(b)(1).

 X   No party appeared at the hearing or filed an objection to the paper.

\_\_\_\_ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

*Trustee's Counsel:*

X     Prepared / Approved the form of this order

\_\_\_\_ Waived the right to review the order and/or

\_\_\_\_ Appeared at the hearing, waived the right to review the order

\_\_\_\_ Matter unopposed, did not appear at the hearing, waived the right to review the order

\_\_\_\_ Disapproved the form of this order

\_\_\_\_ Did not respond to the paper

*U.S. Trustee:*

\_\_\_\_ Approved the form of this order

\_\_\_\_ Disapproved the form of this order

\_\_\_\_ Waived the right to review the order and/or

\_\_\_\_ Did not respond to the paper

 X   Did not appear at the hearing or object to the paper

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

**MELAND BUDWICK, P.A.**

*/s/ Solomon B. Genet*
Solomon B. Genet, Esq., Attorney for Trustee

3