_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 31, 2022
_____

| Jeffrey L. Hartman, Esq. | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice* |
|---|---|
| Nevada Bar No. 1607 | Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice* |
| **HARTMAN & HARTMAN** | Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice* |
| 510 W. Plumb Lane, Suite B | Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice* |
| Reno, NV 89509 | Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice* |
| T: (775) 324-2800 | **MELAND BUDWICK, P.A.** |
| F: (775) 324-1818 | 3200 Southeast Financial Center |
| notices@bankruptcyreno.com | 200 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | T: (305) 358-6363 |
| | F: (305) 358-1221 |
| | mbudwick@melandbudwick.com |
| | sgenet@melandbudwick.com |
| | mmurphy@melandbudwick.com |
| | gbenezra@melandbudwick.com |
| | abrody@melandbudwick.com |

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Lead Case No.: BK-19-50102-gs |
| DOUBLE JUMP, INC. | (Chapter 7) |
| Debtor. | Substantively consolidated with: |

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

| | |
|---|---|
| CHRISTINA W. LOVATO, | Adversary No.: 21-05028-gs |
| Plaintiff, | **ORDER APPROVING STIPULATION AND PROTECTIVE ORDER REGARDING PRODUCTION OF DOCUMENTS** |
| v. | |
| KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, AND KING SOLARMAN (INDION) FUND II, LLC, | Hearing Date:  N/A<br>Hearing Time:  N/A |

1

Defendants.

This Court, having reviewed the Stipulation and Protective Order Regarding Production of Documents [ECF No. 121] (the "*Stipulation*") entered into between Christina Lovato, Trustee, King Solarman, Inc., and for good cause appearing, approves the Stipulation.

**IT IS SO ORDERED.**

Respectfully Submitted By:

| | |
|---|---|
| **MELAND BUDWICK, P.A.** | **DIEMER & WEI, LLP** |
| */s/ Meaghan E. Murphy* | */s/ Kathryn S. Diemer* |
| Meaghan E. Murphy, Esq. | Kathryn S. Diemer, Esq. |
| Attorneys for Plaintiff Christina W. Lovato | Attorney for Defendant King Solarman, Inc |

# # #

2