Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re<br><br>DOUBLE JUMP, INC.<br><br>　　　Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
|---|---|
| CHRISTINA W. LOVATO,<br><br>　　　Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, and KING SOLARMAN (INDION) FUND II, LLC,<br><br>　　　Defendant(s). | Adversary No.: 21-05028-gs<br><br>**TRUSTEE'S REPORT IN CONNECTION WITH STATUS CONFERENCE SCHEDULED FOR DECEMBER 9, 2022** |

Christina W. Lovato, as chapter 7 trustee and plaintiff ("*Trustee*") in the above-captioned adversary proceeding ("*Adversary*"), provides this report in connection with the status conference scheduled to be conducted by this Court on December 9, 2022.

1

### I.   Status of Adversary Proceeding

As reflected on the docket, the Trustee has filed an operative complaint, the above-captioned defendants ("*Defendants*") have filed an Answer (which includes affirmative defenses), and the Court has entered a Scheduling Order [ECF No. 111].

### II.   Status of Discovery

Generally:

- The Parties have issued written discovery which has been responded to by the receiving party. The Parties have met and conferred, orally and in writing, on certain discovery issues.
    - To date, neither party has sought judicial intervention on a discovery issue.
- The Parties have communicated about deposition discovery.

### III.   Status of Dispositive Motions

The Trustee filed a motion for partial summary judgment ("*MPSJ*") but has voluntarily withdrawn that motion without prejudice. The Trustee contemplates filing at least one dispositive motion later in this proceeding, including but not limited to on the basis and subject matter set forth in the Trustee's MPSJ.

### IV.   Scheduling Order and Fact Discovery

The Scheduling Order, among other things, provides for fact discovery to be commenced in time to be completed by February 28, 2023. The Trustee reasonably expects that she can complete her fact discovery by this deadline, or in the alternative, contemplates potentially seeking a relatively short extension of time.

### V.   Mediation

The Parties mediated pre-commencement of this Adversary. The Trustee, in good faith, is willing to have further settlement communications with the Defendants whether informally or formally through a judicial settlement conference or private mediation.

### VI.   Further Status Conference

The Trustee respectfully requests that this Court set a status conference in mid-late January, or as otherwise convenient for the Court.

2

DATED: December 6, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
*Attorney for Plaintiff Christina W. Lovato*

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Meaghan E. Murphy, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
*Attorneys for Plaintiff Christina W. Lovato*

3

# CERTIFICATE OF SERVICE

I certify that on December 6, 2022, I caused to be served the following document(s):

**TRUSTEE'S REPORT IN CONNECTION WITH STATUS CONFERENCE SCHEDULED FOR DECEMBER 9, 2022**

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:
   ALEXANDER E. BRODY     abrody@melandbudwick.com
   ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
   mrbnefs@yahoo.com
   MICHAEL S. BUDWICK    mbudwick@melandbudwick.com,
   ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
   CHRISOPHER PATRICK BURKE attycburke@charter.net
   SOLOMON B. GENET     sgenet@melandbudwick.com
   ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
   JEFFREY L. HARTMAN     notices@bankruptcyreno.com,
   abg@bankruptcyreno.com
   PAUL J. JOHNSON pjohnson@diemerwir.com
   ALEXANDER J. LEWICKI alewicki@diemerwei.com
   CHRISTINA W. LOVATO     trusteelovato@att.net, NV26@ecfcbis.com

✔ b.  Via Direct Email to:

   Kathryn S. Diemer, Esq.
   kdiemer@diemerwei.com

✔ c.  Via U.S. Mail, postage prepaid, addressed to:

   KATHRYN S. DIEMER          MICHAEL B. NISHIYAMA
   55 S MARKET STREET         39510 PASEO PADRE PARKWAY,
   SUITE 1420                 SUITE 300
   SAN JOSE, CA 95113         FREMONT, CA 94538

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 6, 2022.

                                 */s/ Meaghan E. Murphy, Esq.*
                                 Meaghan E. Murphy, Esq.

4