_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
February 07, 2023

DIEMER & WEI, LLP
Kathryn S. Diemer (*Pro Hac Vice Forthcoming*)
55 S Market Street Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

CHRISTOPHER P. BURKE & ASSOCIATES
Christopher P. Burke (NV Bar No. 4093)
702 Plumas St.
Reno, NV 89509
Telephone: 775-333-9277
Fascimile: 702-385-7986
Email: attycburke@charter.net

*Counsel for King Solarman, Inc.,*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor.<br>_____<br>Affects:<br>☑ DC Solar Solutions, Inc.<br>☑ DC Solar Distribution, Inc.<br>☑ DC Solar Freedom, Inc.<br>☑ Double Jump, Inc.<br>_____<br>CHRISTINA W. LOVATO<br><br>Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, and KING SOLARMAN (INDION) FUND II, LLC<br><br>Defendants. | Lead Case No.: BK-19-50102-gs<br><br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>Adversary No.: 21-05028-gs<br><br>**ORDER ON STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER** |

Having considered the parties stipulation, and good cause appearing, **IT IS HEREBY ORDERED:**

The scheduling order is modified as follows with changes underlined and bolded:

1. Pre-Discovery Disclosures. The parties have already made initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

2. Discovery Plan. The parties jointly propose to the court the following discovery plan:

 a. Discovery will be needed on all matters within the scope of F.R.C.P. 26(b).

 b. Fact discovery commenced in time to be completed by **April 11**, 2023.

 c. Supplementations under Rule 26(e) due **May 1**, 2023.

 d. All discovery shall be governed by the Federal Rules of Civil Procedure, as made applicable by the Federal Rules of Bankruptcy Procedure.

 e. Disclosure of expert testimony under Rule 26(a) due from Plaintiff and from Defendants by **May 8**, 2023.

 f. Expert discovery commenced in time to be completed by **June 12**, 2023.

3. Other Items.

 a. Plaintiff will be allowed until **February 14**, 2023 to join additional parties and until **February 14**, 2023 to amend the pleadings.

 b. Defendants will be allowed until **February 14**, 2023 to join additional parties and until **February 14**, 2023 to amend the pleadings.

 c. The parties shall mediate by April 3, 2023.

 d. All potentially dispositive motions must be filed by **June 29**, 2023.

 e. The parties request a pretrial conference in August 2023.

2

f. Final lists of witnesses and exhibits under Rule 26(a)(3) will be due from Plaintiff and from Defendants seven days prior to the pretrial conference.

g. Parties shall have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

h. The case should be ready for trial by **September 1**, 2023 and at this time, the trial is expected to take approximately three days.

k. This Order supersedes any prior scheduling order entered in this Adversary Proceeding.

l. The Parties shall meet and confer if any other orders, statements, or directives issued by the Court alter, affect, or relate to this Order.

m. All deadlines in this order are agreed to and entered subject to a motion to modify such deadlines under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

###