Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, AND KING SOLARMAN (INDION) FUND II, LLC,<br><br>Defendant. | Adversary No.: 21-05028-gs<br><br>**AMENDED[1] NOTICE OF TAKING RULE 7030 VIDEOTAPED DEPOSITION OF MICHAEL CUNG** |

NOTICE IS HEREBY GIVEN that Meland Budwick, P.A., attorneys for Christina Lovato, the duly appointed and acting chapter 7 trustee ("***Trustee***"), pursuant to *Fed. R. Civ. P.* 30 and *Fed. R. Bankr. P.* 7030 and Local Rule 7030-2, will take the deposition of the following

---

[1] Amended solely to change start time.

1

person under oath at the date, time, and place set forth below:

| EXAMINEE | LOCATION | DATE AND TIME |
|---|---|---|
| Michael Cung | **Veritext Legal Solutions** (Veritext Zoom Videoconference) Meeting ID# and password will be provided by Veritext prior to the examination | Tuesday, March 14, 2023 at 9:00 a.m. PT |

This deposition is being conducted pursuant to *Fed. R. Civ. P.* 30, made applicable to this adversary proceeding by *Fed. R. Bankr. P.* 7030, and Local Rule 7030-2, and will be taken before a certified court reporter or some other notary public or officer authorized to record the testimony and will be videotaped. If the deponent requires an interpreter, it is deponent's responsibility to engage the employment of such interpreter to be present at the deposition. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law, and shall continue from day to day, on dates mutually convenient, until completed. The scope of the deposition shall be as described in *Fed. R. Civ. P.* 26(b).

NOTICE IS FURTHER GIVEN that we reserve the right to conduct this deposition virtually, utilizing the secure web-based deposition option afforded by Veritext or in the alternative video teleconferencing (VTC) services offered by Veritext ("Web Deposition") or telephonically only to provide remote access for those parties wishing to observe the deposition via the internet and/or telephone. Also take notice that, the court reporter may also be remote via one of the options above for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. In addition, we also reserve the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneously to their writing of same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

Dated: February 27, 2023.    /s/ Meaghan E. Murphy
　　　　　　　　　　　　　　 Meaghan E. Murphy, Esq.
　　　　　　　　　　　　　　 Attorney for Christina Lovato, Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I caused to be served the following document(s):

**AMENDED NOTICE OF TAKING RULE 7030 VIDEOTAPED DEPOSITION OF MICHAEL CUNG**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:
(The following is the list of parties who are currently on the list to receive email notice/service for this case.)

ALEXANDER E. BRODY    abrody@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com mrbnefs@yahoo.com
MICHAEL S. BUDWICK    mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
CHRISTOPHER PATRICK BURKE    attycburke@charter.net
SOLOMON B. GENET    sgenet@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
JEFFREY L HARTMAN    notices@bankruptcyreno.com abg@bankruptcyreno.com
PAUL J. JOHNSON    pjohnson@diemerwei.com
ALEXANDER J. LEWICKI    alewicki@diemerwei.com
CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com
MEAGHAN E. MURPHY    mmurphy@melandbudwick.com

✔ b. Via Electronic Mail to:

KATHRYN S. DIEMER kdiemer@diemerwei.com
MICHAEL B. NISHIYAMA mikenishiyamaSF@gmail.com

DATED: February 27, 2023.         */s/ Meaghan E. Murphy*
                              Meaghan E. Murphy, Esq.

3