Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, AND KING SOLARMAN (INDION) FUND II, LLC,<br><br>    Defendant. | Adversary No.: 21-05028-gs<br><br>**NOTICE OF CANCELLATION OF AMENDED NOTICE OF TAKING RULE 7030 VIDEOTAPED DEPOSITION OF KING SOLARMAN, INC.** |

PLEASE TAKE NOTICE that Christina Lovato, Chapter 7 trustee ("*Trustee*"), by and through undersigned counsel, hereby cancels the videotaped 7030 deposition of King Solarman, Inc. scheduled for Tuesday, March 21, 2023 at 9:00 a.m. PT [ECF No. 131].

Dated: March 10, 2023.    */s/ Meaghan E. Murphy*
                                            Meaghan E. Murphy, Esq.
                                            Attorney for Christina Lovato, Trustee

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I caused to be served the following document(s):

**NOTICE OF CANCELLATION OF AMENDED NOTICE OF TAKING RULE 7030 VIDEOTAPED DEPOSITION OF KING SOLARMAN, INC.**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:
(The following is the list of parties who are currently on the list to receive email notice/service for this case.)

ALEXANDER E. BRODY    abrody@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com mrbnefs@yahoo.com
MICHAEL S. BUDWICK    mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
CHRISTOPHER PATRICK BURKE    attycburke@charter.net
SOLOMON B. GENET    sgenet@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
JEFFREY L HARTMAN    notices@bankruptcyreno.com abg@bankruptcyreno.com
PAUL J. JOHNSON    pjohnson@diemerwei.com
ALEXANDER J. LEWICKI    alewicki@diemerwei.com
CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com
MEAGHAN E. MURPHY    mmurphy@melandbudwick.com

✔ b. Via Electronic Mail to:

KATHRYN S. DIEMER kdiemer@diemerwei.com
MICHAEL B. NISHIYAMA mikenishiyamaSF@gmail.com

DATED: March 10, 2023.                  */s/ Meaghan E. Murphy*
                                         Meaghan E. Murphy, Esq.

2