_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 23, 2023

_____

| | |
|---|---|
| Jeffrey L. Hartman, Esq. | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice* |
| Nevada Bar No. 1607 | Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice* |
| **HARTMAN & HARTMAN** | Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice* |
| 510 W. Plumb Lane, Suite B | Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice* |
| Reno, NV 89509 | Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice* |
| T: (775) 324-2800 | **MELAND BUDWICK, P.A.** |
| F: (775) 324-1818 | 3200 Southeast Financial Center |
| notices@bankruptcyreno.com | 200 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | T: (305) 358-6363 |
| | F: (305) 358-1221 |
| | mbudwick@melandbudwick.com |
| | sgenet@melandbudwick.com |
| | mmurphy@melandbudwick.com |
| | gbenezra@melandbudwick.com |
| | abrody@melandbudwick.com |

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>      Plaintiff,<br><br>v.<br><br>KING SOLARMAN, INC., CHIANG LIAN CUNG a/k/a MICHAEL CUNG, KING SOLARMAN (INDION) FUND I, LLC, AND | Adversary No.: 21-05028-gs<br><br>**AMENDED ORDER APPROVING STIPULATION TO CONTINUE (1) DATES IN SCHEDULING ORDER; AND (2) HEARING ON DEFENDANTS' AMENDED MOTION FOR ORDER COMPELLING DISCOVERY AND ADDITIONAL RELATED** |

1

| | |
|---|---|
| KING SOLARMAN (INDION) FUND II, LLC,<br><br>Defendants. | RELIEF [ECF NO. 139]<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

This Court, having reviewed the Stipulation to Continue (1) Dates in Scheduling Order; and (2) Hearing on Defendants' Amended Motion for Order Compelling Discovery and Additional Related Relief (the "*Stipulation*"), and for good cause appearing, approves the Stipulation.

**IT IS ORDERED:**

The hearing on the Defendants' Amended Motion for Order Compelling Discovery and Additional Related Relief [ECF No. 139] is continued to April 21, 2023 at 9:30 a.m.

The scheduling order is modified as follows with changes underlined and bolded:

1. Pre-Discovery Disclosures. The parties have already made initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

2. Discovery Plan. The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on all matters within the scope of F.R.C.P. 26(b).

   b. Fact discovery commenced in time to be completed by **June 12, 2023**.

   c. Supplementations under Rule 26(e) due **June 30, 2023**.

   d. All discovery shall be governed by the Federal Rules of Civil Procedure, as made applicable by the Federal Rules of Bankruptcy Procedure.

   e. Disclosure of expert testimony under Rule 26(a) due from Plaintiff and from Defendants by **July 7, 2023**.

   f. Expert discovery commenced in time to be completed by **August 11, 2023**.

3. Other Items.

   a. Plaintiff will be allowed until **April 27, 2023** to join additional parties and until **April 27, 2023** to amend the pleadings.

   b. Defendants will be allowed until **April 27, 2023** to join additional parties and until **April 27, 2023** to amend the pleadings.

2

    c. The parties shall mediate by **June 2, 2023**.

    d. All potentially dispositive motions must be filed by **August 28, 2023**.

    e. The parties request a pretrial conference in **October 2023**.

    f. Final lists of witnesses and exhibits under Rule 26(a)(3) will be due from Plaintiff and from Defendants seven days prior to the pretrial conference.

    g. Parties shall have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    h. The case should be ready for trial by **November 1, 2023** and at this time, the trial is expected to take approximately three days.

    i. k. This Order supersedes any prior scheduling order entered in this Adversary Proceeding.

    j. The Parties shall meet and confer if any other orders, statements, or directives issued by the Court alter, affect, or relate to this Order.

    k. All deadlines in this order are agreed to and entered subject to a motion or stipulation to modify such deadlines under the Federal Rules of Civil Procedure.

Respectfully Submitted By:

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Meaghan E. Murphy, Esq.
Attorneys for Plaintiff Christina W. Lovato

# # #